**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:25-cv-62467-LEIBOWITZ**

**CERLY GLEYCE DE SOUZA MOITA**,

  *Petitioner,*

v.

**U.S. DEPARTMENT OF HOMELAND SECURITY,** *et al.*,

  *Respondents.*

_____/

### ORDER TRANSFERRING CASE TO THE WESTERN DISTRICT OF LOUISIANA

**THIS CAUSE** is before the Court upon Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (the "Petition") [ECF No. 1], filed on December 2, 2025; Petitioner's Motion for a Temporary Restraining Order ("TRO Motion") [ECF No. 23], filed on April 24, 2026; and Petitioner's Emergency Motion with Certification of Emergency ("Emergency Motion") [ECF No. 25], filed on May 4, 2026. In the Emergency Motion, Petitioner asks this Court to order her emergency release from Richwood Correctional Center, located in Richwood, Louisiana, where Petitioner is presently being detained. [*Id.* at 1].

It is well-settled that habeas "jurisdiction lies in only one district: the district of confinement." *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement."); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) ("[J]urisdiction for § 2241 petitions lies only in the district of confinement."). The Richwood Correctional Center is located at 180 Pine Bayou Circle, Monroe, Louisiana 71202, which is within the Western District of Louisiana. *See* 28 U.S.C. § 98(c). Because Petitioner is detained outside of the Southern District of Florida, this

Court lacks jurisdiction to adjudicate the instant Petition.  This Court may, however, *sua sponte* transfer the case "to any district or division in which it could have been brought."  28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

For the reasons set forth above, the *Clerk of Court* is **DIRECTED** to **TRANSFER** this action to the Western District of Louisiana, Monroe Division.  *The Clerk* is **DIRECTED** to forward the file to that Court and **CLOSE** this case.  All pending motions are DENIED AS MOOT without prejudice.

**DONE AND ORDERED** in the Southern District of Florida on May 5, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

2